# Proof of Publication

from the
## CITRUS COUNTY CHRONICLE
Crystal River, Citrus County, Florida
### PUBLISHED DAILY

STATE OF FLORIDA
COUNTY OF CITRUS

Before the undersigned authority personally appeared

Theresa Holland and/or Mary Ann Naczi and/or Mishayla Coffas

Of the Citrus County Chronicle, a newspaper published daily at Crystal River, in Citrus County, Florida, that the attached copy of advertisement being a public notice in the matter of the

4699-1016 WCRN Cribbs, Deborah 5:19-cv-340-JSM/PRL Notice to Claimants UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA OCALA DIVISION "IN ADMIRALTY" Case No. 5:19-cv-340-JSM/PRL IN THE MATTER OF THE COMPLAINT FOR EXONERATION FROM OR

Court, was published in said newspaper in the issues of September 25th, 2019, October 2nd, 2019, October 9th, 2019, October 16th, 2019,

Affiant further says that the Citrus County Chronicle is a Newspaper published at Crystal River in said Citrus County, Florida, and that the said newspaper has heretofore been continuously published in Citrus County, Marion County and Levy County, Florida, each week and has been entered as second class mail matter at the post office in Inverness in said Citrus County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he/she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

*[Signature: Theresa Holland]*

The forgoing instrument was acknowledged before me

This 16th day of October, 2019

By: Theresa Holland and/or Mary Ann Naczi and/or Mishayla Coffas

who is personally known to me and who did take an oath.

*[Signature: Mishayla Coffas]*
Notary Public

Notary Public State of Florida
Mishayla Coffas
My Commission GG 280131
Expires 11/28/2022

---

4699-1016   WCRN
Cribbs, Deborah   5:19-cv-340-JSM-PRL   Notice to Claimants

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION
"IN ADMIRALTY"
Case No. 5:19-cv-340-JSM/PRL

IN THE MATTER OF THE COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY BY DEBORAH CRIBBS, RANDOLPH CRIBBS, AND BWC CHARTERS, INC. AS OWNERS AND OWNERS PRO HAC VICE OF THE 2016 DIAMONDBACK AIRBOAT, BEARING HULL IDENTIFICATION NO. DKP13307H616,
Petitioners,

### NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Notice is given that the above named Petitioners have filed a Complaint, pursuant to 46 U.S.C. §30505 et. seq. for exoneration from or limitation of liability for all claims for any damages or injuries, arising out of or occurring as a result of an incident involving the 2016 Diamondback Airboat bearing hull identification number DKP13307H616 on the navigable waters of Citrus County, Florida, on or about August 21, 2017, as more fully described in the Complaint.

All persons having such claims must file their respective claims, as provided in Supplemental Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court at the United States District Courthouse for the Middle District of Florida, 207 Northwest Second Street, Ocala, FL 34475 and must serve a copy thereof on attorneys for Petitioners on or before the 31st Day of October, 2019 or be defaulted.

If any claimant desires to contest either the right to Exoneration From or the right to Limitation of Liability he shall file and serve on the attorneys for Petitioners an answer to the complaint on or before the aforesaid date unless his claim has included an answer, so designated, or be defaulted.

DATED this 17th day of September, 2019.

Lynne Burget
Clerk of Court

cc: Craig P. Liszt, Esq.
Horr, Novak & Skipp, P.A.   Attorneys for Petitioner
Two Datran Center, Suite 1700   9130 South Dadeland Blvd.   Miami, Florida 33156
Telephone: 305-670-2525   Facsimile: 305-670-2526

Published September 25, October 2, 9 & 16, 2019